DEC 17 2024 PM12:56
FILED - USDC - FLMD - OCA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:24-cr- 144·TPB· PRL
18 U.S.C. § 922(o)
(Possession of a Machinegun)

NIKO VALENTINO DEDAJ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Possession of a Machinegun)

On or about September 27, 2023, in the Middle District of Florida, the

defendant,

## NIKO VALENTINO DEDAJ,

gid knowingly possess a machinegun, that is: a Glock handgun equipped with a

Machinegun Conversion Device (MCD).

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference

for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)

and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922(o), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.      The property to be forfeited includes, but is not limited to, the following: Glock Model 23 handgun equipped with Machinegun Conversion Device and all associated ammunition.

4.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____

WILLIAM S. HAMILTON
Assistant United States Attorney

By: _____

ROBERT E. BODNAR, JR.
Assistant United States Attorney
Chief, Ocala Division

3

FORM OBD-34
December 24

No. 5:24-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

NIKO VALENTINO DEDAJ

INDICTMENT

Violations: 18 U.S.C. § 922(o)

Filed in open court this 17ᵗʰ day

of December, 2024.

_W. Journa_
Clerk

Bail $_____